FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

_____

WESTVIEW MOBILE HOME PARK, LLC,

      Plaintiff, Appellee,
      and Cross-Appellant.

v.                                                    O R D E R

DAVID LOCKHART AND DOREEN
LOCKHART,

      Defendants and Appellants.

_____

Upon consideration of Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 26, 2022, within which to prepare, serve, and file their opening brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022